# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: Robyn G. Call

8616 W. Clara Lane
Peoria, Az 85382
SSAN: xxx-xx-9003
EIN:

Chapter: 11

Case No.: 2:10-bk-25251-CGC

---

# Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

/s/ Robyn Call                    8-25-10
Signature of Debtor               Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.