UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:
Steven R. Call
8616 W. Clara Lane
Peoria, Az 85382
**SSAN:** xxx–xx–9003
**EIN:**

Chapter: 11

Case No.: 2:10–bk–25251–CGC

---

## Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

/s/ Steven R. Call                8-31-10
Signature of Debtor               Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



| | MIDWESTERN UNIVERSITY<br>555 31ST STREET<br>DOWNERS GROVE, IL 60515 | CHECK NO : 000012434<br>CHECK DATE : 7/9/2010<br>PERIOD ENDING : 7/3/2010<br>PAY FREQUENCY : BI-WEEKLY |
|---|---|---|

| CALL, STEVEN | ID NUMBER: 8504129544 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 8616 W CLARA LANE | BASE RATE: 5,826.92 | FED: MARRIED 6 | FED: ST: %4.2 | PRI: AZ LOC1: LOC3: |
| PEORIA, AZ 85382 | SSN: | ST1: 0 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 16.00 | 1,165.38 | 528.00 | 45,611.44 | SO SEC TAX | 349.76 | 2,820.30 | CURR VAC ACCRUAL | 6.16 |
| REGULAR | 64.00 | 4,615.68 | .00 | .00 | MEDICARE TAX | 81.80 | 659.59 | SBANKGRANDBAL | |
| VACATION | .00 | .00 | 8.00 | 576.92 | FED INC TAX | 828.54 | 5,402.01 | GRP TERM LIFE | 11.68 |
| | | | | | PRI-STATE TAX | 236.44 | 1,750.28 | SBAL | 21.56 |
| TOTAL H/E | 80.00 | 5,781.06 | 536.00 | 46,188.36 | | | | VBAL | 35.12 |
| | | | | | TOTAL TAXES | 1,496.54 | 10,632.18 | | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| TS MEDICAL | -151.51 | -757.55 | | C 457018556513 | .00 |
| | | | | CHECK AMOUNT | 4,133.01 |
| TOTAL PRE-TAX | -151.51 | -757.55 | | | |
| TOTAL | 80.00 5,629.55 | 536.00 45,430.81 | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 5,781.06 | -151.51 | 5,629.55 | 1,496.54 | .00 | 4,133.01 | |
| Y-T-D | 46,188.36 | -757.55 | 45,430.81 | 10,632.18 | .00 | 34,798.63 | TOTAL CURRENT NET PAY 4,133.01 |

© 2010 Ceridian Corporation. All rights reserved.



| | | MIDWESTERN UNIVERSITY<br>555 31ST STREET<br>DOWNERS GROVE, IL 60515 | CHECK NO : A47268<br>CHECK DATE : 7/23/2010<br>PERIOD ENDING : 7/17/2010<br>PAY FREQUENCY : BI-WEEKLY |
|---|---|---|---|

| CALL, STEVEN | ID NUMBER: 8504129544 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 8616 W CLARA LANE | BASE RATE: 5,826.92 | FED: MARRIED 6 | FED: ST: %4.2 | PRI: AZ LOC1: LOC3: |
| PEORIA, AZ 85382 | SSN: | ST1: 0 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 5,826.92 | 608.00 | 51,438.36 | SO SEC TAX | 352.60 | 3,172.90 | CURR VAC ACCRUAL | 6.16 |
| VACATION | .00 | .00 | 8.00 | 576.92 | MEDICARE TAX | 82.46 | 742.05 | SBANKGRANDBAL | |
| | | | | | FED INC TAX | 840.01 | 6,242.02 | GRP TERM LIFE | 11.68 |
| TOTAL H/E | 80.00 | 5,826.92 | 616.00 | 52,015.28 | PRI-STATE TAX | 238.37 | 1,988.65 | SBAL | 24.64 |
| | | | | | | | | VBAL | 41.28 |
| | | | | | TOTAL TAXES | 1,513.44 | 12,145.62 | | |

| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|---|
| TS MEDICAL | | -151.51 | | -909.06 | | | | C 457018556513 | 4,161.97 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL PRE-TAX | | -151.51 | | -909.06 | | | | | |
| TOTAL | 80.00 | 5,675.41 | 616.00 | 51,106.22 | | | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 5,826.92 | -151.51 | 5,675.41 | 1,513.44 | .00 | 4,161.97 | |
| Y-T-D | 52,015.28 | -909.06 | 51,106.22 | 12,145.62 | .00 | 38,960.60 | TOTAL CURRENT NET PAY 4,161.97 |

© 2010 Ceridian Corporation. All rights reserved.



| | | MIDWESTERN UNIVERSITY<br>555 31ST STREET<br>DOWNERS GROVE, IL 60515 | CHECK NO : A47727<br>CHECK DATE : 8/6/2010<br>PERIOD ENDING : 7/31/2010<br>PAY FREQUENCY : BI-WEEKLY | |
|---|---|---|---|---|
| CALL, STEVEN<br>8616 W CLARA LANE<br>PEORIA, AZ 85382 | ID NUMBER: 8504129544<br>BASE RATE: 5,826.92<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 6<br>ST1: 0<br>ST2: | TAX ADJUSTMENTS:<br>FED: ST: %4.2<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: AZ LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |

| IMPORTANT MESSAGE |
|---|

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 5,826.92 | 688.00 | 57,265.28 | SO SEC TAX | 352.60 | 3,525.50 | CURR VAC ACCRUAL | 6.16 |
| VACATION | .00 | .00 | 8.00 | 576.92 | MEDICARE TAX | 82.46 | 824.51 | SBANKGRANDBAL | |
| | | | | | FED INC TAX | 840.01 | 7,082.03 | GRP TERM LIFE | 11.68 |
| TOTAL H/E | 80.00 | 5,826.92 | 696.00 | 57,842.20 | PRI-STATE TAX | 238.37 | 2,227.02 | SBAL | 27.72 |
| | | | | | | | | VBAL | 47.44 |
| | | | | | TOTAL TAXES | 1,513.44 | 13,659.06 | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| TS MEDICAL | | -151.51 | -1,060.57 | | | | C 457018556513 | 4,161.97 |
| | | | | | | | CHECK AMOUNT | .00 |
| TOTAL PRE-TAX | | -151.51 | -1,060.57 | | | | | |
| TOTAL | 80.00 | 5,675.41 | 696.00 | 56,781.63 | | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 5,826.92 | -151.51 | 5,675.41 | 1,513.44 | .00 | 4,161.97 | |
| Y-T-D | 57,842.20 | -1,060.57 | 56,781.63 | 13,659.06 | .00 | 43,122.57 | TOTAL CURRENT NET PAY 4,161.97 |

© 2010 Ceridian Corporation. All rights reserved.



|  | | | MIDWESTERN UNIVERSITY<br>555 31ST STREET<br>DOWNERS GROVE, IL 60515 | | | CHECK NO : A48190<br>CHECK DATE : 8/20/2010<br>PERIOD ENDING : 8/14/2010<br>PAY FREQUENCY : BI-WEEKLY | | |
|---|---|---|---|---|---|---|---|---|
| CALL, STEVEN<br>8616 W CLARA LANE<br>PEORIA, AZ 85382 | | ID NUMBER: 8504129544<br>BASE RATE: 5,826.92<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 6<br>ST1: 0<br>ST2: | | TAX ADJUSTMENTS:<br>FED: ST: %4.2<br>DI / UC:<br>LOCAL: | | STATE AND LOCAL CODES<br>PRI: AZ  LOC1:  LOC3:<br>SEC:  LOC2:  LOC4:<br>       LOC5: | |
| IMPORTANT MESSAGE | | | | | | | | |
| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | SPECIAL INFORMATION | |
|  | CURRENT | | Y-T-D | | | CURRENT  Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT  AMOUNT | | |
| REGULAR | 44.00 | 3,204.81 | 732.00 | 60,470.09 | SO SEC TAX | 352.60  3,878.10 | CURR VAC ACCRUAL | 6.16 |
| VACATION | .00 | .00 | 8.00 | 576.92 | MEDICARE TAX | 82.46  906.97 | SBANKGRANDBAL | |
| FLEX SICK | 36.00 | 2,622.11 | 36.00 | 2,622.11 | FED INC TAX | 840.01  7,922.04 | GRP TERM LIFE | 11.68 |
|  |  |  |  |  | PRI-STATE TAX | 238.37  2,465.39 | HBAL | 16.00 |
| TOTAL H/E | 80.00 | 5,826.92 | 776.00 | 63,669.12 |  |  | SBAL | -5.20 |
|  |  |  |  |  | TOTAL TAXES | 1,513.44  15,172.50 | VBAL | 53.60 |
| PRE-TAX ITEMS | | | | | AFTER-TAX ITEMS | | CURRENT NET PAY DISTRIBUTION | |
| TS MEDICAL |  | -151.51 |  | -1,212.08 | GARNISHMENT | 1,078.37  1,078.37 | C 457018556513 | 3,083.60 |
|  |  |  |  |  |  |  | CHECK AMOUNT | .00 |
| TOTAL PRE-TAX |  | -151.51 |  | -1,212.08 |  |  | | |
| TOTAL | 80.00 | 5,675.41 | 776.00 | 62,457.04 | TOTAL PER DED | 1,078.37  1,078.37 | | |
|  | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
| CURRENT | 5,826.92 | -151.51 | 5,675.41 | 1,513.44 | 1,078.37 | 3,083.60 | | |
| Y-T-D | 63,669.12 | -1,212.08 | 62,457.04 | 15,172.50 | 1,078.37 | 46,206.17 | TOTAL CURRENT NET PAY | 3,083.60 |

© 2010 Ceridian Corporation. All rights reserved.